UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| ROBERT M., Plaintiff, | ) | |
| v. | ) | No. 4:25-cv-00250-SEB-KMB |
| FRANK BISIGNANO Commissioner of the Social Security Administration, Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted her Report and Recommendation [Dkt. 22] on Defendant's Motion to Remand for Further Proceedings. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Date: 9/10/2026

Sarah Evans Barker

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Keeya Jeffrey
Social Security Administration
keeya.jeffrey@ssa.gov

Elaine Kuntz
Social Security Administration
elaine.kuntz@ssa.gov

James Roy Williams
YOUNG REVERMAN AND MAZZEI CO., LPA
jwilliams@yrmlaw.com

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov